**STATE of Missouri, Respondent,**

v.

**Floyd CROSS, Appellant.**

**No. WD 47322.**

Missouri Court of Appeals,
Western District.

Dec. 7, 1993.

Raymond L. Legg, Office of the State Public Defender Office, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HANNA, P.J., and LOWENSTEIN and FENNER, JJ.

**ORDER**

PER CURIAM.

Appeal from conviction of unlawful use of a weapon, § 571.030.1(1), RSMo 1986, and from sentence of imprisonment for six years as a prior and persistent offender.

Judgment affirmed pursuant to Rule 30.-25(b).